UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Uniglobal, Inc.,

Plaintiff,

vs.

VisionTek, Inc.,

Defendant.

---

Court File No. 02 CV 365 MJD/JGL

**CONSENT AND ORDER EXTENDING TIME TO ANSWER COMPLAINT**

This action was commenced on February 11, 2002. The Summons and Complaint were personally served upon Defendant on February 19, 2002. Defendant's answer to Plaintiff's Complaint was due on March 12, 2002. Plaintiff has agreed to extend the time for Defendant to answer Plaintiff's Complaint to April 8, 2002.

Counsel for Defendant is located in Chicago, Illinois, and is not a member of the Minnesota Bar. Counsel for Defendant requested the extension, but cannot sign a stipulation until being admitted pro hac vice.

WHEREFORE, Plaintiff respectfully requests that the Court extend the time for Defendant to answer Plaintiff's Complaint to April 8, 2002 consistent with the Order attached hereto.

FILED MAR 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: March 14, 2002

**GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.**

By: ______________________
Michael R. Gray, (MN #175602)
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
(612) 343-2800

**ATTORNEYS FOR PLAINTIFF UNIGLOBAL, INC.**

GP:864309 v1

**ORDER**

Pursuant to Plaintiff's request, the time period for Defendant's answer to Plaintiff's Complaint is extended to April 8, 2002.

Dated: [illegible], 2002

Jonathan Lebedoff
United States Magistrate Judge

GP:864309 v1