UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 02-365 (MJD/JGL)

UNIGLOBAL, INC.,

Plaintff,

v.

ORDER

VISIONTEK, INC.,

Defendant.

An order was filed March 15, 2002, granting defendants until April 8, 2002, to serve and file answers or otherwise respond. To date, no answer or other response has been filed in the above-captioned matter.

Accordingly, counsel for plaintiff is directed to:

1. Notify defense counsel immediately that he/she is required to file an answer or otherwise respond;

2. File an application for entry of default unless the required pleading is filed within 10 days; or

4. Advise the Court in writing of any good cause to the contrary.

Failure to comply with this Order within 20 days of the date of this order may result in dismissal of this action for failure to prosecute.

DATED: July 22, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

Filed 7-23-02
Richard D. Sletten, Clerk
Judgment Entd.________
Deputy Clerk________